United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jesse Alvelo  
Evelyn Alvelo  
    Debtors

Case No. 13-17503-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jan 31, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db/jdb         +Jesse Alvelo,   Evelyn Alvelo,   3940 I Street,   Philadelphia, PA 19124-5404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:

         ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com  
         ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com  
         MARISSA M. O'CONNELL    on behalf of Creditor Law Department Bankruptcy Unit City of philadelphia marissa.o'connell@phila.gov,   James.Feighan@phila.gov  
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com  
         PETER J. ASHCROFT    on behalf of Creditor    GREENTREE SERVICING LLC AS AUTHORIZED SERVICER FOR FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                   TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-17503 |
|---|---|
| JESSE and EVELYN ALVELO, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(No. #4-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 4-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 4-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 14, 2017.

Dated: January 31, 2017

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge