United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 13-17503-jkf
Jesse Alvelo  Chapter 13
Evelyn Alvelo
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP        Page 1 of 2      Date Rcvd: Jul 31, 2017
                         Form ID: 138NEW    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
```
db/jdb         +Jesse Alvelo,    Evelyn Alvelo,    3940 I Street,    Philadelphia, PA 19124-5404
cr             +Law Department Bankruptcy Unit City of philadelphi,    1401 John F. Kennedy Boulevard,
                 Fifth Flooor,    Philadelphia, PA 19102-1617
13140589       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13140590       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13140591      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
                 Dearborn, MI 48121)
13566670        Green Tree Servicing LLC, Et al.,    P.O. Box 6154,    Rapid City, SD 57709-6154
13140595       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13140596       +Medical Data Systems I,    2150 15th Ave,    Vero Beach, FL 32960-3436
13140598        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13140600       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13140602       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13139485       +E-mail/Text: g20956@att.com Aug 01 2017 01:49:47     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13140586        E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:28     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13220557        E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:29     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13140588        E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:29     City of Philadelphia Law Dept.,
                 Attn: Bkcy. Dept.,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
13140587        E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:29     City of Philadelphia Law Dept.,
                 Real Estate Taxes,    1515 Arch Street 15th Floor,    Philadelphia, PA 19102
13216131       +E-mail/Text: bankruptcy@cavps.com Aug 01 2017 01:49:12     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13140584       +E-mail/Text: ecf@ccpclaw.com Aug 01 2017 01:48:15     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3518
13140585       +E-mail/Text: ecf@ccpclaw.com Aug 01 2017 01:48:16     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13140592        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:11     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13140593       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:11     Green Tree Servicing LLC,
                 Mailstop - T120,    7360 South Kyrene Road,    Temple, AZ 85283-8432
13163025       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2017 01:48:27     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13140594        E-mail/Text: cio.bncmail@irs.gov Aug 01 2017 01:48:23     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13159985        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2017 01:49:08     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13140597       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2017 01:48:57     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13190231       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 01 2017 01:48:27     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13140599        E-mail/Text: bankruptcygroup@peco-energy.com Aug 01 2017 01:48:27     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13140601       +E-mail/Text: bankruptcy@sw-credit.com Aug 01 2017 01:48:58     Southwest Credit Syste,
                 4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13201520*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: PaulP              Page 2 of 2         Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:

```
            ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
            ANDREW F GORNALL     on behalf of Creditor    GREEN TREE SERVICING agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            JEROME B. BLANK     on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com
            JEROME B. BLANK     on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC
             paeb@fedphe.com
            MARISSA M. O'CONNELL    on behalf of Creditor Law Department Bankruptcy Unit City of philadelphia
             marissa.o'connell@phila.gov,  James.Feighan@phila.gov
            MICHAEL A. CATALDO2    on behalf of Debtor Jesse   Alvelo ecf@ccpclaw.com,  igotnotices@ccpclaw.com
            MICHAEL A. CATALDO2    on behalf of Joint Debtor Evelyn   Alvelo ecf@ccpclaw.com,
             igotnotices@ccpclaw.com
            MICHAEL A. CIBIK2    on behalf of Joint Debtor Evelyn   Alvelo ecf@ccpclaw.com,
             igotnotices@ccpclaw.com
            MICHAEL A. CIBIK2    on behalf of Debtor Jesse   Alvelo ecf@ccpclaw.com,  igotnotices@ccpclaw.com
            PAUL WILLIAM CRESSMAN    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com
            PETER J. ASHCROFT    on behalf of Creditor    GREENTREE SERVICING LLC AS AUTHORIZED SERVICER FOR
             FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC.
             pashcroft@bernsteinlaw.com,
             pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
             rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
            THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC
             tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Jesse Alvelo and Evelyn Alvelo
    Debtor(s)

Bankruptcy No: 13−17503−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/31/17

88 − 87
Form 138_new