Certificate Number: 16339-PAE-DE-029840164

Bankruptcy Case Number: 13-17503



16339-PAE-DE-029840164

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2017, at 8:46 o'clock PM EDT, Jesse D Alvelo completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 6, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAE-DE-029840163

Bankruptcy Case Number: 13-17503



16339-PAE-DE-029840163

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2017, at 8:46 o'clock PM EDT, Evelyn Alvelo completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 6, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor