```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                        Case No. 13-17503-jkf
Jesse Alvelo                                                  Chapter 13
Evelyn Alvelo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2          Date Rcvd: Sep 15, 2017
                              Form ID: 3180W           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db/jdb        +Jesse Alvelo,    Evelyn Alvelo,    3940 I Street,    Philadelphia, PA 19124-5404
13140600      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,     Philadelphia, PA 19122-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 16 2017 03:39:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:38:43
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2017 03:39:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,     Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13139485      +EDI: CINGMIDLAND.COM Sep 16 2017 03:23:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
13220557       E-mail/Text: bankruptcy@phila.gov Sep 16 2017 03:39:34      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13216131      +E-mail/Text: bankruptcy@cavps.com Sep 16 2017 03:39:16      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13566670       E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2017 03:38:26
                 Green Tree Servicing LLC, Et al.,    P.O. Box 6154,   Rapid City, SD 57709-6154
13163025      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2017 03:38:26      Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
13159985       EDI: JEFFERSONCAP.COM Sep 16 2017 03:23:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13190231      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 16 2017 03:38:27      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC
               paeb@fedphe.com
              MARISSA M. O'CONNELL    on behalf of Creditor Law Department Bankruptcy Unit City of philadelphia
               marissa.o'connell@phila.gov, James.Feighan@phila.gov
              MICHAEL A. CATALDO2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com
```

```
District/off: 0313-2           User: admin                Page 2 of 2                  Date Rcvd: Sep 15, 2017
                               Form ID: 3180W             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          PETER J. ASHCROFT   on behalf of Creditor   GREENTREE SERVICING LLC AS AUTHORIZED SERVICER FOR FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC, F/K/A Green Tree Servicing, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com

          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                                                  TOTAL: 15

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Jesse Alvelo** | Social Security number or ITIN **xxx–xx–3870** |
| First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Evelyn Alvelo** (Spouse, if filing) | Social Security number or ITIN **xxx–xx–2586** |
| First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number:  **13–17503–jkf** | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jesse Alvelo                              Evelyn Alvelo

    9/14/17                                   **By the court:**     Jean K. FitzSimon
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**