United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jesse Alvelo  
Evelyn Alvelo  
    Debtors

Case No. 13-17503-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 19, 2017  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.  
db/jdb       +Jesse Alvelo,   Evelyn Alvelo,   3940 I Street,   Philadelphia, PA 19124-5404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com  
        ANDREW F GORNALL    on behalf of Creditor    GREEN TREE SERVICING agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com  
        MARISSA M. O'CONNELL    on behalf of Creditor Law Department Bankruptcy Unit City of philadelphia marissa.o'connell@phila.gov,    James.Feighan@phila.gov  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com,    igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Evelyn  Alvelo ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Jesse  Alvelo ecf@ccpclaw.com,    igotnotices@ccpclaw.com  
        PAUL WILLIAM CRESSMAN    on behalf of Creditor    GREEN TREE SERVICING paeb@fedphe.com  
        PETER J. ASHCROFT    on behalf of Creditor    GREENTREE SERVICING LLC AS AUTHORIZED SERVICER FOR FANNIE MAE AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY COUNTRYWIDE HOME LOANS, INC. pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC, F/K/A Green Tree Servicing, LLC tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                  TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                              : Chapter 13

Jesse Alvelo and Evelyn Alvelo                                  : Case No. 13–17503–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 19, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                              By The Court

                                              Jean K. FitzSimon
                                              Judge , United States Bankruptcy Court